**Order entered February 27, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-13-01735-CR**
**No. 05-13-01736-CR**
**No. 05-13-01737-CR**

**JAVIER A. MONTOYA-RODRIGUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-56281-W, F12-56282-W, F13-58584-W**

## ORDER

The Court **ORDERS** the Dallas County District Clerk to file the clerk's records in these appeals within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/    LANA MYERS
        JUSTICE